IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| JAMES ENTREKIN, | ) |
| | ) |
| v. | ) 3:05-0952 |
| | ) |
| MICHAEL J. ASTRUE,[1] Commissioner of Social Security. | ) ) |

**O R D E R**

Before the Court is the Report and Recommendation of Magistrate Judge Knowles in which he recommends Plaintiff's Motion for Judgment on the Administrative Record be denied and the decision of the Commissioner be affirmed. In addition, Magistrate Judge Knowles recommends that the Plaintiff's Motion for Remand for Consideration of New Medical Evidence be denied. No objections have been filed.

The Court has read and considered the Report and finds the same to be correct in fact and law. The Report and Recommendation is adopted by this Court.

For the reasons set forth in the Report and Recommendation, the Motion for Judgment by the Plaintiff, Document #16, is **DENIED** and the decision of the Commissioner is **AFFIRMED**. The Plaintiff's Motion for Remand for Consideration of New Medical Evidence, Document #18, is **DENIED**.

It is so **ORDERED**.

_____
Thomas A. Wiseman, Jr.
Senior U.S. District Judge

---

[1] The proper Defendant in cases for social security benefits is the Commissioner of the Social Security Administration and not the Secretary of Health & Human Services.